FILED

AUG 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. **08CR2540-JAH** |
| | ) | |
| Plaintiff, | ) | **CONSENT TO RULE 11 PLEA TO A** |
| | ) | **VIOLATION OF 8 U.S.C. SECTION** |
| v. | ) | **1326 (a) and (b) IN A FELONY** |
| | ) | **CASE BEFORE UNITED STATES** |
| DANIEL MUNOZ-ALVAREZ, | ) | **MAGISTRATE JUDGE, WAIVER OF** |
| | ) | **PRESENTENCE REPORT AND WAIVER** |
| Defendant. | ) | **OF OBJECTIONS FOR IMMEDIATE** |
| | ) | **SENTENCING** |

    I have been advised by my attorney and by the United States

Magistrate Judge of my right to enter my plea in this case before

a United States District Judge.  I hereby declare my intention to

enter a plea of guilty in the above case, and I request and

consent to have my plea taken by a United States Magistrate Judge

pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

    I understand that if my plea of guilty is taken by the

United States Magistrate Judge, and the Magistrate Judge

recommends that the plea be accepted, the assigned United States

District Judge will then decide whether to accept or reject any

plea agreement I may have with the United States and will

adjudicate guilt and impose sentence.

    I further understand that due to my request for immediate

1   sentencing in this case, I am waiving the preparation of a

2   presentence report and I am also waiving any objections I may

3   have to the Magistrate Judge's findings and recommendation

4   concerning the entry of my guilty plea.

5

6

7   Dated: AUGUST 28, 2008          *Daniel Munoz A.*
                                    DANIEL MUNOZ-ALVAREZ
8                                   Defendant

9

10

11  Dated: AUGUST 28, 2008          *Howard B Frank*
                                    HOWARD B. FRANK, CJA
12                                  Attorney for Defendant

13
        The United States Attorney consents to have the plea in this
14
    case taken by a United States Magistrate Judge pursuant to
15
    Criminal Local Rule 11.2 and further waives a presentence report
16
    in this case as well as any objections to the Magistrate Judge's
17
    findings and recommendation concerning the entry of the guilty
18
    plea.
19

20
    Dated: AUGUST 28, 2008          *signature*
21                                  MICHELLE M. PETTIT
                                    Assistant United States Attorney
22

23

24

25

26

27

28